No. 94. CANNON v. LOUISIANA. 
 Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for a writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. The motion for leave to proceed further herein *in forma pauperis* is denied. *Mr. H. P. Viering* for appellant. No appearance for appellee.

No. 109. TIMMONS ET AL. v. SECURITY SAVINGS BANK. Jurisdictional statement distributed September 10, 1936. Decided October 12, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Gibbes* v. *Zimmerman,* 290 U. S. 326, 332; *Doty* v. *Love,* 295 U. S. 64. *Mr. C. H. E. Boardman* for appellants. *Mr. Earl C. Mills* for appellee. 